**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **OCIE HOSKINS** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 3:13-CV-75-CWR-LRA** |
| **JAMES HOLMAN, ET AL.** | **DEFENDANTS** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge Linda R. Anderson. Docket No. 24.  On January 29, 2014, Judge Anderson recommended that Defendant's Motion to Dismiss for Failure to Exhaust Available Administrative Remedies, Docket No. 23, be granted, that Final Judgment be entered in favor of Defendants, and that the dismissal be counted as a "strike" under 28 U.S.C. § 1915(g).  Pursuant to 28 U.S.C. § 636(b), she advised the parties that objections, if any, must be filed within 14 days of being served with a copy of the Report and Recommendation.  Docket No. 24, at 4-5.  That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and the Plaintiff's Complaint is hereby dismissed.  The dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).  A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 27th day of February, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE